# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:16-CV-00875-GCM

| | |
|---|---|
| **HILDA BATES, as Administrator of the Estate of Neman T. Bates,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **TIPPMANN SPORTS, LLC, AND DICK'S SPORTING GOODS, INC.,** | |
| **Defendants.** | |

**THIS CAUSE,** being before the undersigned upon Motion of the Defendant, Dick's Sporting Goods, Inc., for an Order extending the time within which to respond to Plaintiff's Complaint, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1; and

**IT APPEARS** to the Court that the time for the Defendant to respond to Plaintiff's Complaint has not expired and that the Motion should be allowed for good cause shown and with consent of opposing counsel;

**IT IS, THEREFORE, ORDERED THAT** the time for the Defendant to respond to Plaintiff's Complaint be extended, up to and including the 25th day of January, 2017.

Signed: January 5, 2017

Graham C. Mullen
United States District Judge