IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:16-cv-00875-GCM

| | |
|---|---|
| HILDA BATES, as Administrator of the Estate of Neman T. Bates, ) ) ) Plaintiff, ) ) v. ) ) TIPPMANN SPORTS, LLC, DICK'S ) SPORTING GOODS, INC., and ) GAYSTON CORPORATION, ) ) Defendants, ) ) AND ) ) GAYSTON CORPORATION, ) ) Third-Party Plaintiff, ) v. ) ) BXD, ENTERPRISES, INC., ) ) Third-Party Defendant. ) | ORDER |

This matter is before the Court upon a Motion to Compel and for Limited Extension of Case Management Deadlines. (Doc. No. 55). The Court has considered the motion, the response in opposition, as well as the exhibits, and finds that the Movants have failed to establish good cause. Accordingly,

IT IS THEREFORE ORDERED that Movants' Motion to Compel and for Limited Extension of Case Management Deadlines is hereby DENIED.

Signed: July 17, 2018

Graham C. Mullen
United States District Judge