# EXHIBIT "K"

```
 1        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                  CHARLOTTE DIVISION
            CASE NO. 3:16-CV-00875-GCM
 3
      ----------------------------------------x
 4    HILDA BATES, as Administer of the
      Estate of Neman T. Bates,
 5
                 Plaintiff,
 6
 7    -vs-
 8    TIPPMANN SPORTS, LLC, and
      DICK'S SPORTING GOODS, INC.,
 9    and GAYSTON CORPORATION,
10               Defendants.
11    and
12    GAYSTON CORPORATION,
13               Third-Party Plaintiff,
14    vs.
15    BXD ENTERPRISES, INC.,
16               Third-Party Defendant.
      ----------------------------------------x
17
18         VIDEOTAPED DEPOSITION of HARRI KYTOMAA,
19    taken by the Defendants, at the offices of Robinson
20    Bradshaw & Hinson, P.A., 101 North Tryon Street,
21    Suite 1900, Charlotte, North Carolina 28246, on
22    Tuesday, June 19, 2018, commencing at 10:13 a.m.,
23    before Velicia Marseille, a Shorthand (Stenotype)
24    Reporter and Notary Public within and for the
25    State of North Carolina.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

HILDA BATES v. TIPPMANN SPORTS, LLC., et al.
HARRI KYTOMAA on 06/19/2018

VIDEOTAPED DEPOSITION OF
Page 123

| | | |
|---|---|---|
| 1 | Q. | With respect to the 12-ounce bottle, am I |
| 2 | | correct in understanding that your opinion is |
| 3 | | that it was last filled by either Mr. Bates or |
| 4 | | Dick's Sporting Goods on January 6, correct? |
| 5 | A. | That's right. |
| 6 | Q. | Do you think that it is likely if Dick Sporting |
| 7 | | Goods filled those bottles, the 9-ounce can and |
| 8 | | the 12-ounce can on January 6 that they would |
| 9 | | both burst or rupture within 24 hours of each |
| 10 | | other or four weeks later, or is it more likely |
| 11 | | that Mr. Bates filled them the night before and |
| 12 | | they burst within 24 hours of him filling them? |
| 13 | A. | I don't know. |
| 14 | Q. | Why don't you know? |
| 15 | A. | I think there's too many variables to be able |
| 16 | | to answer that question. |
| 17 | Q. | Have you undertaken to try to find that answer |
| 18 | | out? |
| 19 | A. | I have not. |
| 20 | Q. | Regardless of who last filled it, do you agree |
| 21 | | or is it your opinion, to a reasonable degree of |
| 22 | | engineering certainty, that whoever filled it |
| 23 | | last overfilled it? |
| 24 | A. | When you say "it" what do you mean? |
| 25 | Q. | The 9-ounce canister. |


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 3:16-cv-00875-GCM   Document 67-11   Filed 10/30/18   Page 3 of 9

HILDA BATES v. TIPPMANN SPORTS, LLC., et al.
HARRI KYTOMAA on 06/19/2018

VIDEOTAPED DEPOSITION OF
Page 124

1  A.  Yes.  I believe that the 9-ounce canister was
2      overfilled.
3  Q.  Do you agree or is it your opinion, to a
4      reasonable degree of engineering certainty,
5      that the 12-ounce canister was overfilled?
6  A.  It certainly reached a pressure that caused the
7      disk to burst.  As to whether it was overfilled,
8      a cylinder of this type will fail, that is the
9      PRD, if operating correctly, will actuate.
10          Let me answer it this way:  So if the
11     temperature is normal room temperature for the
12     PRD to actuate around 2700, I would say that
13     yes, it would need to be overfilled also.
14 Q.  Are you aware of any, I'll call them,
15     environmental conditions, meaning the
16     temperature in Mr. Bates' house, the night of
17     February 1 or throughout the day on February 2
18     that was unusual outside of a normal range for
19     a house?
20 A.  I don't have any information one way or the
21     other on that.
22 Q.  Are you aware of any reason why the 12-ounce
23     bottle would have burst in the middle of the
24     night if it had been filled four weeks earlier?
25     Why it would have burst in that moment in time?


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

| | |
|---|---|
| 1 | by accident and while trying to do what the |
| 2 | filler thinks is the right thing. |
| 3 Q. | Have you reached an opinion as to whether if |
| 4 | Mr. Bates is the one that overfilled the |
| 5 | canister if he did it intentionally? |
| 6 A. | You're asking me hypothetical. I've already |
| 7 | given you my opinions, and I have not tried to |
| 8 | answer that question before. I guess I don't |
| 9 | have an opinion on that. |
| 10 Q. | Is it your opinion, to a reasonable degree of |
| 11 | engineering certainty, that the overfilled |
| 12 | 9-ounce canister was a approximate cause of |
| 13 | the rupture of the canister itself? |
| 14 | MS. HOUCK: Objection to the extent |
| 15 | it calls for a legal conclusion. |
| 16 A. | The cause of the failure of the canister is |
| 17 | the defective PRD. Had the PRD had not been |
| 18 | defective, this would have never happened. |
| 19 | In addition -- so essentially what happened |
| 20 | here is that there was a combination of both |
| 21 | overfilled as well as defective PRD, and that |
| 22 | caused the event. |
| 23 | If the canister had been overfilled as it |
| 24 | was with a properly working PRD, this would have |
| 25 | never happened. And conversely, if the canister |



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com
Nationwide Coverage
Case 3:16-cv-00875-GCM   Document 67-11   Filed 10/30/18   Page 5 of 9

HILDA BATES v. TIPPMANN SPORTS, LLC., et al.
HARRI KYTOMAA on 06/19/2018

VIDEOTAPED DEPOSITION OF
Page 128

```
 1              had not been overfilled and the PRD was as it
 2              was defective, this also would not have happened.
 3              So it required both to be in place.
 4       Q.     Let me make sure I understand your answer.
 5                     Assuming the PRD is, in your opinion,
 6              defective, if whomever filled the 9-ounce tank
 7              had not overfilled it, you agree there would not
 8              have been a ruptured event; is that correct?
 9       A.     Yes.
10       Q.     I assume it's your opinion that the rupture
11              event is what caused Mr. Bates' death?
12       A.     The rupture of the canister, yes.  Let me be
13              clear on that.
14                     That's what the record indicates.  I've not
15              tried to independently determine either anything
16              associated with the medical record or anything
17              that would suggest in dispute the fact that the
18              canister ruptured.  Those are the facts in the
19              case.  I accept those as they are.
20       Q.     As you sit here today, it's fair to say that if
21              this 9-ounce canister had not been overfilled,
22              Mr. Bates would not have died in the manner he
23              did; is that correct?
24                            MS. HOUCK:  Objection to form.
25       A.     I believe that if the -- let me be quantitative
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1              just to answer your question clearly.
 2                    If 9 ounces of CO2 was placed into this
 3              canister, then the pressure would not have
 4              exceeded, let's say, for sure 2,000 PSI.  I mean
 5              I would say I think it was probably below that.
 6              At those pressures, the cylinder would not have
 7              failed.
 8         Q.   How many canisters do you understand that
 9              Mr. Bates filled the evening of February 1?
10         A.   I don't know.
11         Q.   Do you know the size, 9-ounce, 12-ounce of any
12              of the canisters that Mr. Bates filled the
13              evening of February 1, 2015?
14         A.   I don't specifically know.  All I know is what's
15              in the testimony.  I believe Zen Bates testified
16              that Neman liked to use the 20-ounce canisters.
17         Q.   You have not seen the burst disk assembly from
18              the 12-ounce canister, have you?
19         A.   That's correct.
20         Q.   The 9-ounce canister that we're talking about do
21              you know how many times it was filled prior to
22              this rupture event?
23         A.   I don't.
24         Q.   Do you know if it was more than the once?
25         A.   I don't have any information on that.  The only
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 3:16-cv-00875-GCM   Document 67-11   Filed 10/30/18   Page 7 of 9

HILDA BATES v. TIPPMANN SPORTS, LLC., et al.
HARRI KYTOMAA on 06/19/2018

VIDEOTAPED DEPOSITION OF
Page 166

```
 1              4:55 p.m.  This is the end of media
 2         unit no. 3.  We're off the record.
 3
 4              (Changing the videotape at this time.)
 5
 6              MR. KUYKENDAL:  On the record.
 7              THE VIDEOGRAPHER:  The time is
 8         5:06 p.m.  This is the beginning of
 9         media unit no. 4 in the deposition
10         of Harri Kytomaa.  We are on the record.
11   BY MR. KUYKENDAL:
12   Q.   Dr. Kytomaa, in your opinion how much was the
13        9-ounce canister overfilled, by how much was it
14        overfilled?
15   A.   I don't know exactly.
16   Q.   Referring to you the chart on page 10 of your
17        report, the chart at the bottom, figure four,
18        page 10, figure four, would that not -- 1) you
19        stopped at 4,000 as opposed to the 4700 hundred
20        that you opined in your report.  Why is that?
21   A.   No particular reason.
22   Q.   Assuming that the lines continue in the
23        direction that it's going to get to 4700,
24        would that help you answer how many ounces this
25        canister was filled at assuming at the time of
```



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 3:16-cv-00875-GCM   Document 67-11   Filed 10/30/18   Page 8 of 9

```
 1        the rupture it was in Mr. Bates' house being
 2        handled by him?
 3   A.   You're asking me for how much it was overfilled?
 4   Q.   Yes.  Or how many ounces were in the tank or
 5        however you'd like to answer it.
 6   A.   We'll never know exactly.  But I'd say probably
 7        between eleven and thirteen, something like that
 8        ounces.
 9              MR. FRIEDMAN:  Did you say at body
10         temperature?
11              THE WITNESS:  I didn't say body
12         temperature.
13   Q.   It was overfilled by more than 33 percent or
14        around 33 percent or more?
15   A.   I don't know.  I don't think what you're saying
16        is consistent with what I said a moment of ago.
17        I gave you a range of 11 to 13 ounces.  Eleven
18        would be 2 ounces over nine.  You can do the
19        percentages there.  It's 22 percent I think.
20             And thirteen would be more.  It would be
21        4 ounces over nine.  Those are the numbers that
22        I just spoke to.  But I don't know.  I think one
23        of the variables here is exactly what the
24        temperature of the bottle was.  What exactly
25        Mr. Neman was doing with the bottle?  I don't
```


Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 3:16-cv-00875-GCM   Document 67-11   Filed 10/30/18   Page 9 of 9