UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-875_GCM

HILDA BATES, as Administrator )
of the Estate of Neman T. Bates, )
      Plaintiff, )
)
v. ) **O R D E R**
)
TIPPMAN SPORTS, LLC, *et al,* )
      Defendant. )
)

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** Due to pending Motions for Summary Judgment, the trial in this matter is RE-SET to **July 15, 2019.**

**SO ORDERED.**

Signed: January 2, 2019

Graham C. Mullen
United States District Judge