IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV875

| | |
|---|---|
| HILDA BATES, as Administrator of the Estate of Neman T. Bates, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIPPMANN SPORTS, LLC, and GAYSTON CORPORATION, )<br>)<br>Defendants, )<br>)<br>And )<br>)<br>GAYSTON CORPORATION, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>BDX, ENTERPRISES, INC., )<br>)<br>Third-Party Defendant. ) | ORDER |

    This matter is before the Court upon its own motion. The parties are hereby directed to participate in a Judicial Settlement Conference with Magistrate Judge David Keesler. The above-captioned matter is hereby referred to Judge Keesler for a Judicial Settlement Conference, and the parties are directed to contact the Chambers of Judge Keesler forthwith at (704) 350-7430 to schedule the conference.

    SO ORDERED.

Signed: April 10, 2019

Graham C. Mullen
United States District Judge