# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:16-CV-875-GCM

| | | |
|---|---|---|
| HILDA BATES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| TIPPMANN SPORTS, LLC, and | ) | |
| GAYSTON CORPORATION, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| GAYSTON CORPORATION, | ) | |
| | ) | |
| **Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| BDX, ENTERPRISES, INC., | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial

Settlement Conference.  Pursuant to an Order (Document No. 89) of the Honorable Graham C.

Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement

Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on

Wednesday, June 26, 2019, at 9:30 a.m. in Courtroom #1-1 of the Federal Courthouse, 401 W.

Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #1-1 and

its attached conference rooms.

**SO ORDERED**.

Signed: May 14, 2019

David C. Keesler
United States Magistrate Judge