**UNITED STATES MAGISTRATE JUDGE**
CHARLES R. JONAS FEDERAL BUILDING
401 W. TRADE STREET ROOM 238
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

CHARLOTTE NC 282

14 MAY 19

NEOPOST 05/14/2019
US POSTAGE $000.50⁰
ZIP 28202
041M11450399

MAY 2 0 2019
Clerk, US District Court
Western District of NC

Marc J. Meister
Marc J. Meister, LLC
14 Myrtle Bank Road
Hilton Head I[sland]

HILTON HEAD SC 29925-2525

RETURN TO SENDER

Case 3:16-cv-00875-GCM   Document 92   Filed 05/20/19   Page 1 of 1