IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:16-cv-00875-GCM

| | |
|---|---|
| HILDA BATES, as Administrator of the Estate of Neman T. Bates,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIPPMANN SPORTS, LLC, DICK'S SPORTING GOODS, INC., and GAYSTON CORPORATION,<br><br>　　　　Defendants,<br><br>　AND<br><br>GAYSTON CORPORATION,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>BXD, ENTERPRISES, INC.,<br><br>　　　　Third-Party Defendant. | STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Hilda Bates, as Administrator of the Estate of Neman T. Bates, Defendant Tippmann Sports, LLC, Defendant and Third-Party Plaintiff Gayston Corporation, and Third-Party Defendant BXD, Enterprises, Inc. hereby stipulate that all claims made in this litigation, including all crossclaims, counterclaims, and third-party claims, are hereby dismissed with prejudice, with parties to bear their own fees and costs.

This 6th day of September, 2019.

1

| | |
|---|---|
| s/ Pearlynn G. Houck<br>Martin L. Brackett, Jr.<br>N.C. Bar No. 446<br>mbrackett@robinsonbradshaw.com<br>Pearlynn G. Houck<br>N.C. Bar No. 36364<br>phouck@robinsonbradshaw.com<br>Kevin R. Crandall<br>N.C. Bar No. 50643<br>kcrandall@robinsonbradshaw.com<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: 704.377.2536<br>Facsimile: 704.378.4000<br><br>***Attorneys for Hilda Bates, as Administrator of the Estate of Neman T. Bates*** | s/ Jonathan R. Friedman (by permission)<br>Jonathan R. Friedman<br>Joseph J. Minock<br>Shawn D. Scott<br>Weinberg Wheeler Hudgins Gunn & Dial<br>3344 Peachtree Road NE, Suite 2400<br>Atlanta, GA 30326<br>jfriedman@wwhgd.com<br>jminock@wwhgd.com<br>sscott@wwhgd.com<br><br>***Attorneys for Tippmann Sports, LLC***<br><br>s/ Mark J. Meister (by permission)<br>Mark J. Meister<br>Mark J. Meister, LLC<br>14 Myrtle Bank Road<br>Hilton Head Island, SC 29926<br>marc@meisterlegal.com<br><br>***Attorneys for Gayston Corp.*** |
| s/ Jeffrery Kuykendal (by permission)<br>Jeffrey Kuykendal<br>McAngus Goudelock & Courie<br>6302 Fairview Road Ste 700<br>Charlotte, NC 28210<br>jeffrey.kuykendal@mgclaw.com<br><br>***Attorneys for BXD, Enterprises, Inc.*** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Jonathan R. Friedman
>Joseph J. Minock
>Shawn D. Scott
>Weinberg Wheeler Hudgins Gunn & Dial
>3344 Peachtree Road NE, Suite 2400
>Atlanta, GA 30326
>jfriedman@wwhgd.com
>jminock@wwhgd.com
>sscott@wwhgd.com
>*Attorneys for Defendant Tippmann Sports, LLC*
>
>Mel Joseph Garofalo
>Adam R. deNobriga
>Hedrick Gardner Kincheloe & Garofalo LLP
>PO Box 30397
>Charlotte, NC 28230
>mgarofalo@hedrickgardner.com
>adenobriga@hedrickgardner.com
>*Attorneys for Defendant Dick's Sporting Goods, Inc.*
>
>Marc J. Meister
>Marc J. Meister, LLC
>14 Myrtle Bank Road
>Hilton Head Island, SC 29926
>marc@meisterlegal.com
>*Attorney for Defendant Gayston Corp.*
>
>Jeffrey Kuykendal
>McAngus Goudelock & Courie LLC
>6302 Fairview Road, Suite 700
>Charlotte, NC 28210
>jeffrey.kuykendal@mgclaw.com
>*Attorney for Third-Party Defendant BXD, Enterprises, Inc.*

This 6th day of September, 2019.

>/s/ Pearlynn G. Houck
>Pearlynn G. Houck